UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ROBINSON,<br><br>   Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>   Defendant. | No.  2:26-cv-0725 AC P<br><br><br>ORDER |

By order filed March 11, 2026, plaintiff was directed to either pay the filing fee or file an application to proceed in forma pauperis within thirty days.  ECF No. 3.  Thirty days have now passed and the court has not received either an application or the filing fee.  However, plaintiff has filed a notice stating that he submitted an in forma pauperis application on March 23, 2026.  ECF No. 4.  Since the court has not received the application, plaintiff will be given an opportunity to file another one.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff shall submit, within thirty days from the date of this order, an application in support of a request to proceed in forma pauperis on the form provided by the Clerk of Court.  Failure to comply with this order will result in a recommendation that this action be dismissed.

////

////

1

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: April 21, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2