UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ROBINSON, | No.  2:26-cv-0725 AC P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

By order filed March 11, 2026, plaintiff was directed to either pay the filing fee or file an application to proceed in forma pauperis within thirty days.  ECF No. 3.  However, while plaintiff has now filed an application to proceed in forma pauperis, it is not accompanied by the required trust account statement.  ECF No. 6.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall submit a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of this action.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 30, 2026

_allison Claire_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE